1  DANIEL A. HOROWITZ    SBN 92400
   P.O. Box 1547
2  Lafayette, CA 94549
   (925) 283-1863
3  Email: bdega@earthlink.net

4  CARMELA CARAMAGNO    SBN 139279
   P.O. Box 1811
5  Lafayette, CA 94549
   (925) 299-1904
6  Email: caramagnolaw@comcast.net

7  Attorney for plaintiff
   WADE DERBY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 WADE DERBY, an individual,          No.

12
                                       **NOTICE OF RELATED CASE
13         Plaintiff,                  PURSUANT TO CIVIL L.R. 3-12
                                       TO BE FILED IN CASE NO.**
14
                                       **ADMINISTRATIVE MOTION TO
15                                     CONSIDER WHETHER CASES
                                       SHOULD BE RELATED
16 v.                                  PURSUANT TO CIVIL L.R. 7-11**

17
                                       [Related Case: MICHAEL SIBBITT,
18                                     JR. v. CITY OF PITTSBURG; BRIAN
                                       ADDINGTON; MICHAEL PERRY
19                                     and DOES 1-25, Case No. 3:16-cv-
                                       04377.]
20

21 CITY OF PITTSBURG;
   PITTSBURG POLICE
22 DEPARTMENT; BRIAN
   ADDINGTON and DOES 1-10,
23 inclusive,

24
         Defendants.
25 _____/

26

27       Plaintiff, WADE DERBY, on behalf of himself and other similarly situated

28 plaintiffs hereby respectfully submits this Notice of Related Case pursuant to Civil

                                       1

WADE DERBY v. CITY OF PITTSBURG, et al. ADMINISTRATIVE MOTION RELATED CASE

L.R. 3012 and the required Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil L.R. 7-11.

1.  **APPLICABLE STANDARD UNDER CIVIL L.R. 3-12**

Related cases are defined in Local Rule 3-12 as follows:

3-12. Related Cases

(a) Definition of Related Cases. An action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event;

and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest numbered case an Administrative Motion to Consider Whether Cases Should be USDC Local Civil Rules – Effective September 15, 2015 CIV-10 Related, pursuant to Civil L.R. 7-11. In addition to complying with Civil L.R. 7-11, a copy of the motion, together with proof of service pursuant to Civil L.R. 5-5, must be served on all known parties to each apparently related action.

II. **THE SIBBITT v. CITY OF PITTSBURG et al. IS A RELATED CASE**

Plaintiff is informed and believes that the following case, the title and case number of which is:

MICHAEL SIBBITT, JR. v. CITY OF PITTSBURG; BRIAN ADDINGTON; MICHAEL PERRY and DOES 1-25, Case No. 3:16-cv-04377

is a related case.

2

WADE DERBY v. CITY OF PITTSBURG, et al. ADMINISTRATIVE MOTION RELATED CASE

1  Both cases involve substantially the same parties, and arise out of many of
2 the same set of operative facts. Plaintiff's complaint involves allegations of
3 retaliation for whistleblower activities related to his speaking out about
4 defendant's misleading the Contra Costa County Superior Courts during *Pitchess*
5 hearings involving plaintiff Sibbitt and defendants CITY OF PITTSBURG and
6 BRIAN ADDINGTON. There is a substantial likelihood of duplication of
7 depositions, discovery, and other labor and expense, as well as the likelihood of
8 conflicting results if these matters are heard by different judges.

10 Dated: September 26, 2016  _____
11                              DANIEL A. HOROWITZ, attorney for
                                 Plaintiff WADE DERBY