UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WADE DERBY,

        Plaintiffs,

  v.

CITY OF PITTSBURG CALIFORNIA,

        Defendants.

Case No. 16-cv-05469-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 22, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 20, 2018.

DESIGNATION OF EXPERTS: 6/8/18; REBUTTAL: 6/29/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 3, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 20, 2017;
    Opp. Due: May 4, 2018; Reply Due: May 11, 2018;
    and set for hearing no later than May 25, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 11, 2018 at 3:30 PM.

JURY TRIAL DATE: September 24, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in June 2018.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/12/17

_____
SUSAN ILLSTON
United States District Judge