UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE DERBY,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF PITTSBURG CALIFORNIA,<br>　　　　Defendant. | Case No. 16-cv-05469-SI<br><br>**JUDGMENT** |

　　The Court has granted summary judgment in favor of defendant. Accordingly, judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 11, 2018

　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge