JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: ChristianM@jacksonlewis.com
       Shane.Larsen@jacksonlewis.com

JACKSON LEWIS P.C.
CONOR J. DALE (SBN 274123)
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: Conor.Dale@jacksonlewis.com

Attorneys for Defendant
CITY OF PITTSBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE DERBY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG and DOES 1-10;<br><br>Defendants. | Case No. 3:16-cv-05469-SI<br><br>**DEFENDANT CITY OF PITTSBURG'S NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES** |

TO PLAINTIFF WADE DERBY AND HIS ATTORNEYS OF RECORD:

Defendant, THE CITY OF PITTSBURG ("Defendant"), hereby withdraws its Notice of Motion and Motion for Attorney's Fees ("Motion"), Docket No. 81.

Dated: September 27, 2018          JACKSON LEWIS P.C.

                                   By: */s/Michael J. Christian*
                                       Michael J. Christian
                                       Conor J. Dale

                                   Attorneys for Defendant, CITY OF PITTSBURG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Proof of Service

*Derby v. City of Pittsburg, et al.*
Case No. 3:16-cv-05469-SI